IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR RENE ALVARADO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>C. M. HARRISON, Warden,<br><br>　　　　Respondent. | CV F 04-5125 OWW WMW HC<br><br>ORDER GRANTING MOTION TO PROCEED IN PROPRIA PERSONA<br><br>[Doc. 26] |

　　Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 2, 2005, Petitioner filed a motion to proceed in propria persona. On the same date, he filed a copy of a letter he sent to his counsel, terminating the attorney's services. Good cause appearing, Petitioner's motion to proceed in propria persona is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   June 9, 2005              /s/ William M. Wunderlich
bl0dc4                             UNITED STATES MAGISTRATE JUDGE